UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNDON JACKSON,<br><br>                Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY,<br><br>               Defendant. | CASE NO. 2:21-654 MJP<br><br>**ORDER REJECTING REPORT AND RECOMMENDATION AS MOOT** |

The Court, having reviewed Plaintiff's application for leave to *proceed in forma pauperis* ("IFP") (Dkt. 6), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the remaining record, and noting the receipt of Plaintiff's filing fee, does hereby find and **ORDER**:

(1)    Plaintiff's IFP application (Dkt. 6) is **DENIED as MOOT** because he has paid the filing fee.

(2)    The Court does not adopt the Report and Recommendation because Plaintiff has paid the filing fee.

(3)    The Clerk shall file the complaint and Plaintiff may proceed with this case.

(4)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

\\

\\

ORDER REJECTING REPORT AND
RECOMMENDATION AS MOOT - 1

DATED this 27th day of July, 2021.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

ORDER REJECTING REPORT AND
RECOMMENDATION AS MOOT - 2