UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNDON JACKSON, | CASE NO. C21-654 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States Senior District Judge:

At Plaintiff's request, an extension of time to file the joint status report is granted. The joint status report will be due on **October 29, 2021**. The other Federal Rules of Civil Procedure Rule 26-related dates are adjusted as follows: (1) the deadline for the Rule 26(f) conference is extended to October 15, 2021; and (2) initial disclosures required by Rule 26(a)(1) shall be due by October 22, 2021. The Court refers Plaintiff to the Court's Order on Initial Disclosures, Joint Status Report, and Early Settlement for further details on these requirements. (See Dkt. No. 15.)

MINUTE ORDER - 1

1  Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this
2  action.
3      The clerk is ordered to provide copies of this order to Plaintiff and all counsel.
4      Filed September 16, 2021.

Ravi Subramanian  
Clerk of Court

s/ Paula McNabb  
Deputy Clerk

MINUTE ORDER - 2