UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNDON JACKSON,<br><br>              Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY,<br><br>             Defendant. | CASE NO. C21-654 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The parties have not complied with the order directing that a joint status report by filed by October 29, 2021. (Dkt. No. 19.) That order previously extended the joint status report deadline by thirty days. The time for filing the joint status report is hereby extended an additional thirty days from the date of this order. If the joint status report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

\\

MINUTE ORDER - 1

1  Dated: November 15, 2021.

2  Ravi Subramanian
   Clerk of Court

3

4  s/Serge Bodnarchuk
   Deputy Clerk

MINUTE ORDER - 2