UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNDON JACKSON,<br><br>    Plaintiff,<br><br> v.<br><br>THE BOEING COMPANY,<br><br>    Defendant. | CASE NO. C21-654 MJP<br><br>ORDER APPOINTING COUNSEL |

The Court hereby appoints Daniel D. DeLue with the law firm of DeLue Law PLLC, 600 Stewart St, Suite 1115, Seattle, WA 98101 ((206) 508-3804 | ddd@d3law.com) to represent Plaintiff as counsel pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants." Mr. DeLue is appointed for the limited purpose of: (1) assisting Plaintiff in serving his complaint and advising him in preparing the joint status report; and (2) advising and representing Plaintiff in connection with any ADR settlement negotiations. See Order on Third Motion to Appoint Counsel (Dkt. No. 26).

Counsel is directed to file a Notice of Appearance within seven (7) calendar days of entry of this Order. If counsel is unable for a reason set forth in the Rules to assume this representation, a motion for relief from appointment should be filed immediately with the Court.

In the event that Plaintiff prevails, appointed counsel may move for an award of attorneys' fees under any applicable authority. But the Court is unable to assure counsel of compensation from any other source.

The Court also hereby sets the following deadlines for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| Item | Date |
|---|---|
| Deadline for FRCP 26(f) Conference: | 4/18/2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 4/25/2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 5/2/2022 |

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated February 16, 2022.

*Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge