UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNDON JACKSON, | CASE NO. C21-654 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Having considered Plaintiff's Motion for Extension of Time (Dkt. No. 32) and the balance of the record, the Court GRANTS the Motion and GRANTS Plaintiff an additional 14 days to respond to Defendant's Motion. Plaintiff's response shall be due by no later than May 9, 2022. Defendant's reply shall be due by no later than May 16, 2022. The Court renotes the Motion to Dismiss to May 16, 2022—the date on which the Motion will be ripe for the Court's determination.

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed April 11, 2022.

                                      Ravi Subramanian
                                      Clerk of Court

                                      s/Serge Bodnarchuk
                                      Deputy Clerk