1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

LYNDON JACKSON,

CASE NO. C21-654 MJP

11

Plaintiff,

ORDER ON PLAINTIFF'S
MOTION FOR EXTENSION OF
TIME

12

v.

13

THE BOEING COMPANY,

14

Defendant.

15

16    This matter comes before the Court on Plaintiff's Motion for Extension of Time. (Dkt.

17  No. 41.) Having considered the Motion, Defendant's Response in which it takes no position on

18  the Motion (Dkt. No. 42), and all supporting materials, the Court GRANTS the Motion.

19    Filed three days after his response to Defendants' pending Motion to Dismiss was due,

20  Plaintiff asks for an extension until August 26, 2022 to respond to Defendant's Motion. While

21  thin, Plaintiff has provided sufficient grounds to conclude that there is "excusable neglect" for

22  his failure to timely respond to Defendant's Motion to Dismiss. See Fed. R. Civ. P. 6(b)(1)(B).

23  Plaintiff has identified computer-related issues that have impeded his ability to complete his

24

ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 1

1   opposition in a timely manner. Although Plaintiff does not identify precise dates when he was

2   without a computer to prepare his response, the Court accepts this as an adequate reason to

3   provide Plaintiff more time. Given Plaintiff's pro se status, the Court also desires to ensure

4   Plaintiff has an opportunity to respond to the pending Motion to Dismiss. But the Court notes

5   that further extensions are unlikely to be granted and that Plaintiff's work and school

6   commitments are not proper grounds for failing to prosecute this action and abide by the case

7   deadlines.

8        Although Plaintiff asks for an extension until August 26, 2022 the Court extends

9   Plaintiff's response deadline to August 29, 2022. Defendant shall have until September 8, 2022

10  to file any reply. The Motion to Dismiss shall hereby be renoted for decision on September 8,

11  2022.

12       The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

13       Dated August 24, 2022.

14

15                                      Marsha J. Pechman
                                        United States Senior District Judge

16

17

18

19

20

21

22

23

24

ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 2