UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNDON JACKSON, | CASE NO. C21-654 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has received and reviewed Plaintiff's Motion for Appointment of Counsel for his appeal. (Dkt. No. 62.) Because Plaintiff seeks appointment of counsel to help his appeal, the Motion must be filed with the Ninth Circuit Court of Appeals, not this Court. The Court therefore STRIKES the Motion without prejudice. Plaintiff should refile the Motion with the Ninth Circuit.

\\

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Filed March 5, 2024.

        Ravi Subramanian
        Clerk of Court

        s/Kathleen Albert
        Deputy Clerk