UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNDON JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | CASE NO. C21-654 MJP<br><br>ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL |

This matter comes before the Court on Defendant The Boeing Company's Motion for Withdrawal and Substitution of Counsel. (Dkt. No. 61.) Having reviewed the unopposed Motion and all supporting materials, the Court GRANTS the Motion. Consistent with Local Civil Rule 83.2(b), the Court finds that the withdrawal and substitution are proper. Emily A. Bushaw, Heather L. Shook, Kyle D. Nelson, and Margo S. Jasukaitis of the law firm Perkins Coie, LLP are withdrawn as counsel of record for Defendant The Boeing Company. Laurence A. Shapero of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. is substituted as counsel of record

1  for Defendant The Boeing Company. And the Clerk shall note that Laurence A. Shapero has
2  entered an appearance on behalf of Defendant The Boeing Company.
3      The clerk is ordered to provide copies of this order to Plaintiff and all counsel.
4  Dated March 8, 2024.

Marsha J. Pechman
United States Senior District Judge